# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN ROSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | CASE NO. 1:13-cv-02142-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br><br>Docs. 1, 9, 10, 11, 12 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Lynn Ross disability insurance benefits and supplemental security income is affirmed; and

4. The Clerk of Court shall close this case.


Dated: September 26, 2014

　　　　　　　　　　　　　　　　　　　　　　s/Gerald B. Cohn
　　　　　　　　　　　　　　　　　　　　　　GERALD B. COHN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE